Jesse S. Johnson (*pro hac vice*)
Florida Bar No. 0069154
GREENWALD DAVIDSON RADBIL PLLC
7601 N. Federal Hwy., Suite A-230
Boca Raton, FL 33487
Telephone: 561-826-5477
jjohnson@gdrlawfirm.com

*Counsel for Plaintiff and the proposed class*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Monica Lewis-Robinson, on behalf of herself and others similarly situated, | ) Case No. CV 21-250-TUC-JAS |
| | ) |
| | ) |
| Plaintiff, | ) **PLAINTIFF'S NOTICE OF** |
| | ) **SETTLEMENT** |
| vs. | ) |
| | ) |
| Penn Credit Corporation, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| _____ | ) |

    Monica Lewis-Robinson ("Plaintiff") notifies this Court that she has reached an agreement with Penn Credit Corporation to resolve her claims in this matter. Plaintiff accordingly requests that this Court vacate all pending case deadlines to allow the parties 30 days within which to finalize the terms of their written settlement agreement, after which they will file a stipulation of dismissal.

    Respectfully submitted this 14th day of December, 2021

                       GREENWALD DAVIDSON RADBIL PLLC

                       By: *s/ Jesse S. Johnson*
                       Jesse S. Johnson (*pro hac vice*)
                       *Attorneys for Plaintiff*

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2021, I filed a copy of the foregoing electronically using the Clerk of Court's CM/ECF system, which will provide notice to all counsel of record.

*s/ Jesse S. Johnson*
Jesse S. Johnson
