# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Monica Lewis-Robinson,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Penn Credit Corporation,<br><br>　　　　Defendant. | NO. CV-21-00250-TUC-JAS<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**, pursuant to the parties' Stipulation of Dismissal with Prejudice, that this case is dismissed without prejudice. Each party will bear its own costs and attorneys' fees.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

January 26, 2022

　　　　　　　　　　　　　　　　　　s/ J. McCarthy
　　　　　　　　　　　　　　By　　Deputy Clerk